**L.A. GRIER, Plaintiff–Appellant,**

v.

**FIRST MARINER BANK, Defendant–Appellee.**

No. 00–2548.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

Lorenzo Grier, pro se. Thomas Omar Lawson, Lawson & Kipp, Fairfax, VA; John Sears Simcox, Karen Montgomery Crabtree, Simcox & Barclay, Annapolis, MD, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Lorenzo Grier seeks to appeal the district court's order denying his discrimination suit. We dismiss the appeal for lack of jurisdiction, because Grier's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App .P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App.P. 4(a)(5) or reopens the appeal period under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on November 2, 2000. Grier's notice of appeal was filed on December 7, 2000. Because Grier failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*